UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICIA D. LOWE,

    Plaintiff,

v.                                      Case No. 3:21cv1046-MCR-HTC

STATE OF FLORIDA,
ESCAMBIA COUNTY,
ESCAMBIA COUNTY SHERIFFS DEPARTMENT
DEPARTMENT OF CORRECTIONS,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 19, 2021 (ECF No. 6), which recommends this case be dismissed without prejudice for Plaintiff's failure to prosecute, failure to comply with Court orders, failure to keep the Court appraised of her address, and as moot because Plaintiff has been released from the county jail. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 6) is adopted and incorporated by reference in this order.

(2) This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute, failure to comply with Court orders, failure to keep the Court apprised of her address, and as moot.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**